EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2004

at 11 o'clock and 52 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04-00092 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | |
| | ) | [21 U.S.C. §§ 841(a)(1); |
| CATALINO CORTEZ, | ) | 841(b)(1)(B); 841(b)(1)(C); |
| | ) | 844] |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 18, 2002, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately .50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury charges:

On or about February 21, 2002, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately 4.77 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury charges:

On or about July 14, 2002, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately .56 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

The Grand Jury further charges:

On or about July 24, 2002, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally possessed with the

intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about July 24, 2002, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally possessed marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844.

## COUNT 6

The Grand Jury further charges:

On or about April 6, 2003, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately .50 grams, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

The Grand Jury further charges:

On or about May 2, 2003, in the District of Hawaii,

CATALINO CORTEZ knowingly and intentionally possessed marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 844.

### COUNT 8

The Grand Jury further charges:

On or about August 20, 2003, in the District of Hawaii, CATALINO CORTEZ knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: February 26, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. CATALINO CORTEZ
Cr. No.
"Indictment"