**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

APR 27 2004

at __3__ o'clock and __45__min. __P__M
WALTER A. Y. H. CHINN, CLERK

# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00092 DAE |
| | ) | |
| Plaintiff, | ) | ACCEPTANCE OF PLEA OF GUILTY, |
| vs. | ) | ADJUDICATION OF GUILT AND |
| | ) | NOTICE |
| CATALINO CORTEZ, | ) | OF SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 8 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, ___APR 27 2004___.

_____
UNITED STATES DISTRICT JUDGE

GUILTY.ACP